UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>WILLIE BURNETT CARROLL,<br><br>        Defendant. | CASE NO. CR08-5351BHS<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR GOVERNMENT TO RESPOND TO DEFENSE MOTION TO SUPPRESS |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Motion to Suppress, the government's request for additional time in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Suppress is now due on August 20, 2008.

DATED this 7th day of August, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER