UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR08-5351BHS |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL |
| v. | ) | |
| | ) | |
| WILLIE BURNETT CARROLL, | ) | |
| a/k/a "Lunchmeat," | ) | |
| | ) | |
| Defendant. | ) | |

Having read the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum and Motion for Downward Departure Pursuant to U.S.SG. § 5K1.1 in this matter shall remain sealed.

DATED this 2nd day of March, 2009.

BENJAMIN H. SETTLE
United States District Judge

Presented by:
/s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney