JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5351BHS |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING DEFENDANT'S SENTENCING MEMORANDUM |
| WILLIE CARROLL, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Defendant's Sentencing Memorandum and attachments thereto,

NOW THEREFORE IT IS HEREBY ORDERED that the Defendant's Sentencing Memorandum and attachments thereto, are to be sealed.

DONE this 2nd day of March, 2009.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/S/ Colin Fieman
Colin Fieman
Attorney for Defendant

ORDER SEALING – page 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**